JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
J. GARRET DEAL (State Bar No. 249934)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendant
CITY OF SAN PABLO (erroneously sued herein as "City of San Pablo, Police Department")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY DUANE CREER,

    Plaintiff,

vs.

CITY OF SAN PABLO,

    Defendant.

Case No.: CV 08 2329 MHP

**DEMAND FOR JURY TRIAL**

Defendant CITY OF SAN PABLO (erroneously sued herein as "City of San Pablo, Police Department"), hereby demands trial by jury in this action.

Dated: May 5, 2008

MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III
Noah G. Blechman
J. Garret Deal
Attorneys for Defendant
CITY OF SAN PABLO (erroneously sued herein as "City of San Pablo, Police Department")

DEMAND FOR JURY TRIAL

PROOF OF SERVICE BY MAIL (C.C.P. §§ 1013a, 2015.5)

I hereby declare that I am a citizen of the United States, am over the age of eighteen years, and not a party to the within action; my business address is 1211 Newell Avenue, Walnut Creek, California 94596.

On this date I served the foregoing **DEMAND FOR JURY TRIAL** on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope addressed as listed below for mailing. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid, in the United States Post Office mail box at Walnut Creek, California, addressed as follows:

Plaintiff in Pro Per:

Mr. Anthony Duane Creer
436 S. 27th Street
Richmond, CA 94804

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on May 6, 2008 at Walnut Creek, California.

SABRINA AHIA