**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking<br>Clerk | | General Court Number<br>415.522.2000 |

May 15, 2008

Martinez County Superior Court
725 Court Street
Martinez, CA 94553

RE:  CV 08-02329 MHP    ANTHONY D. CREER-v-SAN PABLO CITY OF
              **Your Case Number: (C08-00307)**

Dear Clerk,

   Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

   (✔)   Certified copies of docket entries

   (✔)   Certified copies of Remand Order

   ( )   Other

   Please acknowledge receipt of the above documents on the attached copy of this letter.

                    Sincerely,

                    RICHARD W. WIEKING, Clerk

                    *Gina Agustine* (signature)

                    by:  Gina Agustine-Rivas
                    Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY DUANE CREER,

        Plaintiff,

  v.

CITY OF SAN PABLO,

        Defendant.
                                                    /

No. C 08-02329 MHP

**MEMORANDUM & ORDER**

**Re: Remand**

      On February 8, 2008 plaintiff Anthony Creer commenced an action in the Superior Court of California against the City of San Pablo. Defendant was allegedly served the complaint on April 8, 2008. On May 6, 2008 defendant removed to this court claiming federal question jurisdiction.

      A review of the face of the complaint does not reveal federal questions. Defendant claims several of plaintiff's causes of action purport to arise under 42 U.S.C. section 1983 and the Fourth, Fifth, and Fourteenth Amendments to the United States Constitution. The complaint does not specify causes of action and appears to be a form complaint used in contract disputes. See Notice of Removal, Exh. A.

      The Notice of Removal also includes a Case Management Statement that purports to list a number of causes of action, including false arrest, "rush to judgment", illegal use of search warrant, civil rights violation, "no proof of crimes...", defamation, professional negligence and breach of warranty. See id., Exh. C. Nowhere does plaintiff assert that any of these claims are brought under federal law. Indeed, most of the claims are purely state law claims for which there is no comparable federal statute. As to the others which may appear to sound as if they are federal claims because they could invoke federal civil rights or search and seizure law, there are equally applicable state laws.

1  For example, California has a number of civil rights statutes, including but not limited to
2  Government Code section 12940 and Civil Code section 51.  And, Art. I, section 13 of the California
3  Constitution enshrines the same protections as the Fourth Amendment to the U.S. Constitution.
4  Since plaintiff filed his suit in state court, this court assumes he meant to utilize his state law
5  remedies.   This court cannot presume federal law.
6        The removal statute is strictly construed against removal jurisdiction.  Indeed, "[f]ederal
7  jurisdiction must be rejected if there is any doubt as to the right of removal in the first instance."
8  Gaus v. Miles, Inc., 980 F.2d 564, 566 (9th Cir. 1992) (citation omitted).  Here, there is no
9  invocation of a federal question on the face of the complaint.  Though it is unclear what plaintiff
10 means by "rush to judgment," it is clear that defendant has rushed to remove.  Consequently, since
11 federal question jurisdiction does not appear on the face of plaintiff's complaint this court *sua sponte*
12 orders remand of the above-entitled action.
13       Accordingly, this action is REMANDED to the Superior Court of the County of Contra
14 Costa and the Clerk of Court shall transmit forthwith a certified copy of this order to the Clerk of
15 that Court.
16       IT IS SO ORDERED.
17 Dated: May 14, 2008

_____
MARILYN HALL PATEL
United States District Court Judge
Northern District of California

United States District Court
For the Northern District of California

2

ADRMOP, CLOSED, E-Filing, ProSe, REMAND

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:08-cv-02329-MHP
### Internal Use Only

| | |
|---|---|
| Creer v. City of San Pablo | Date Filed: 05/06/2008 |
| Assigned to: Hon. Marilyn H. Patel | Date Terminated: 05/15/2008 |
| Case in other court: Martinez Superior Court, C 08-00307 | Jury Demand: Defendant |
| Cause: 28:1331 Federal Question: Other Civil Rights | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Anthony Duane Creer**  represented by  **Anthony Duane Creer**
436 S. 27th Street
Richmond, CA 94804
510-860-3514
PRO SE

V.

**Defendant**

**City of San Pablo**  represented by  **James V. Fitzgerald, III**
McNamara Dodge Ney Beatty Slattery
Pfalzer Borges & Brothers
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
(925) 939-5330
Fax: (925) 939-0203
Email: james.fitzgerald@mcnamaralaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Garret Deal**
McNamara Dodge Ney Beatty Slattery
Pfalzer Borges & Brothers
1211 Newell Avenue
P.O. Box 5288
Walnut Creek, CA 94596
925-939-5330
Fax: 925-939-0203
*ATTORNEY TO BE NOTICED*

**Noah G. Blechman**
McNamara Dodge Ney Beatty Slattery
& Pfalzer LLP
1211 Newell Avenue
P.O. Box 5288
Walnut Creek, CA 94596
925-939-5330
Fax: 925-939-0203
Email: noah.blechman@mcnamaralaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/06/2008 | 1 | NOTICE OF REMOVAL from Martinez Superior Court. Their case number is C 08-00307. (Filing fee $350 receipt number 34611018864). Filed by City of San Pablo. (Attachments: # 1 Civil Cover Sheet)(sv, COURT STAFF) (Filed on 5/6/2008) (Entered: 05/09/2008) |
| 05/06/2008 | 2 | Demand for Jury Trial by City of San Pablo re 1 Notice of Removal (sv, COURT STAFF) (Filed on 5/6/2008) (Entered: 05/09/2008) |
| 05/06/2008 | 3 | ADR SCHEDULING ORDER: Case Management Statement due by 8/4/2008. Case Management Conference set for 8/11/2008 04:00 PM. (Attachments: # 1 Standing Order re Setting Conference, # 2 Standing Order for all Judges)(sv, COURT STAFF) (Filed on 5/6/2008) (Entered: 05/09/2008) |
| 05/06/2008 |  | CASE DESIGNATED for Electronic Filing. (sv, COURT STAFF) (Filed on 5/6/2008) (Entered: 05/09/2008) |
| 05/12/2008 | 4 | AFFIDAVIT *of Proof of Service* by City of San Pablo. (Fitzgerald, James) (Filed on 5/12/2008) (Entered: 05/12/2008) |
| 05/14/2008 | 5 | MEMORANDUM AND ORDER REMANDING CASE to Superior Court of the County of Contra Costa; Signed by Judge Marilyn Hall Patel on 5/14/2008. (awb, COURT-STAFF) (Filed on 5/14/2008) (Entered: 05/14/2008) |
| 05/15/2008 |  | (Court only) ***Civil Case Terminated. (gba, COURT STAFF) (Filed on 5/15/2008) (Entered: 05/15/2008) |
| 05/15/2008 | 6 | CLERK'S NOTICE: certified copy of remand order and docket sheet sent to Martinez County Superior Court. (gba, COURT STAFF) (Filed on 5/15/2008) (Entered: 05/15/2008) |