

FILED
08 JUN -9 PM 3: 35
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov



RECEIVED
MAY 23 2008
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF CONTRA COSTA
By _____, Deputy Clerk

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 15, 2008

Martinez County Superior Court
725 Court Street
Martinez, CA 94553

RE: <u>CV 08-02329 MHP    ANTHONY D. CREER-v-SAN PABLO CITY OF</u>
    **Your Case Number: (C08-00307)**

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

    (✔)    Certified copies of docket entries

    (✔)    Certified copies of Remand Order

    ( )    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

    Sincerely,

    RICHARD W. WIEKING, Clerk

    *Gina Agustine*

    by: <u>Gina Agustine-Rivas</u>
    Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg